UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUY DIXON,

                    Plaintiff,

          -against-                                    1:24-CV-9761 (LTS)

ORANGE COUNTY POLICE DEPARTMENT,                       ORDER OF DISMISSAL
et al.,

                    Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 19, 2025, and entered on December 22, 2025, the Court directed Plaintiff, who appears *pro se*, to show cause, within 30 days, why the Court should not dismiss this action without prejudice for failure to comply with the court's March 18, 2024 Standing Order. (ECF 9.) The Court warned Plaintiff that, if he did not update the court, in writing, as to his new mailing address, the Court would dismiss this action without prejudice, under Rule 41(b) of the Federal Rules of Civil Procedure ("Rule 41(b)"), for failure to comply with the court's March 18, 2024 Standing Order. (*Id.*)

Plaintiff has not updated the court, in writing, as to his new mailing address.

Accordingly, the Court dismisses this action without prejudice, under Rule 41(b), for failure to comply with the court's March 18, 2024 Standing Order.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:    February 26, 2026
          New York, New York

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          Chief United States District Judge

2