UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUY DIXON,

                Plaintiff,

    -against-

ORANGE COUNTY POLICE
DEPARTMENT, et al.,

             Defendants.

24-cv-9761 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 26, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 4, 2026
          New York, New York

                        /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                 Chief United States District Judge